UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ,<br><br>                          Plaintiff,<br><br>                    -v.-<br><br>MONDELEZ GLOBAL LLC,<br><br>                          Defendant. | 20 Civ. 8015 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Because Defendant in this case has neither answered nor entered an appearance, the initial pretrial conference scheduled for December 18, 2020, is hereby adjourned *sine die*.

    SO ORDERED.

Dated:    December 10, 2020
          New York, New York

                                          _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge